1  ROBERT A. RAICH, P.C.
   Robert A. Raich (State Bar No. 147515)
2  robert@robertraich.com
   1970 Broadway, Suite 1200
3  Oakland, CA 94612
   Telephone: (510) 338-0700
4
   LAW OFFICES OF JACEK W. LENTZ
5  Jacek W. Lentz (State Bar No. 213198)
   jlentz@jaceklentz.com
6  Jackie Adams (State Bar No. 266807)
   Jackie@LADefender.com
7  1055 Wilshire Blvd., Suite 1996
   Los Angeles, CA 90017
8  Telephone: (213) 250 – 9200, Facsimile: (213) 250 - 9161

9  Attorneys for Record Owner: Legacy Ventures, LLC

10
   **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**
11 **CALIFORNIA**

12

| | |
|---|---|
| 13 **UNITED STATES OF AMERICA,** | **Case No. 2:12-CV-00099-MCE-DAD** |
| 14 **Plaintiff,** | |
| 15 v. | **VERIFIED CLAIM AND STATEMENT OF INTEREST FOR LEGACY VENTURES, LLC** |
| 16 **REAL PROPERTY LOCATED AT 2014 10TH STREET, SACRAMENTO,** | |
| 17 **CALIFORNIA, SACRAMENTO COUNTY, APN: 009-0131-015,** | |
| 18 **INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,** | |
| 19 | |
| 20 **Defendant.** | |
| 21 **LEGACY VENTURES, LLC,** | |
| 22 **Record Owner.** | |

23      Claimant and Record Owner Legacy Ventures, LLC, through their managing

24 member Roger Henley and undersigned counsel, hereby makes claim to the

25

26 Defendant property to wit, real property located at 2014 10th Street in Sacramento,

27 California.

28

I.

Legacy Ventures, LLC, through its Managing Member Roger E. Henley, Jr, has the right to make this claim by virtue of the fact that it is the record owner of the property located at 2014 10th Street in Sacramento, California.

II.

The property shall be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d).  Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## VERIFICATION

I, Roger E. Henley, Jr, Managing Member of Legacy Ventures, LLC, verify that I have read the foregoing Claim, and declare under penalty of perjury that the allegations therein are true and correct.

Executed on this 17th day of February, 2012.

ROGER E. HENLEY, Jr
Managing Member of
Legacy Ventures, LLC

Respectfully submitted,

JACEK W. LENTZ, ESQ

VERIFIED CLAIM

2

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                           ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, and am over the age of eighteen (18) years of age and not a party to the within action.  My business address is 1055 Wilshire Blvd., Ste. 1996, Los Angeles, CA 90017.

On the date of execution hereof, I served the foregoing document described as VERIFIED CLAIM AND STATEMENT OF INTEREST OF LEGACY VENTURES, LLC interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Office of the U.S. Attorney: Eastern District of California
**ATTN: KEVIN C. KHASIGIAN**
501 I Street, Suite 10-100
Sacramento, CA 95814

     X     **(BY MAIL)** By placing such envelope, with postage thereon fully prepaid
for first class mail, to be placed in the United States mail at Los Angeles, California, California.

           **(BY PERSONAL SERVICE)** By causing such envelope to be delivered by hand, as addressed by delivering same to be personally served.

           **(BY FACSIMILE)** By placing such document for collection and transmission to the facsimile numbers listed above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 21, 2011, at Los Angeles, California.

_____
Jackie Adams