1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | 2:12-CV-00099-MCE-DAD |
| 12  Plaintiff, | |
| 13  v. | FINAL JUDGMENT OF FORFEITURE |
| 14  REAL PROPERTY LOCATED AT 2014 10TH STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 009-0131-015, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 17  Defendant. | |

19  Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

20  1.  This is a civil forfeiture action against the following real property located at

21  2014 10th Street, Sacramento, California, Sacramento County, APN: 009-0131-015, (the

22  "defendant property") and more fully described as:

23  THE SOUTH 38 FEET OF LOT 4 AND THE SOUTH 38 FEET OF THE EAST
ONE-HALF OF LOT 3, IN THE BLOCK BOUNDED BY T AND U, 9TH AND
24  10TH STREETS, OF THE CITY OF SACRAMENTO, ACCORDING TO THE
MAP OR PLAN THEREOF.
25

26  2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on

27  January 12, 2012, alleging the defendant property is forfeitable to the United States

28  pursuant to 21 U.S.C. § 881(a)(7).

1

3.  On January 18, 2012, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4.  Beginning on February 18, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 9, 2012.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

> a.  Legacy Ventures, LLC
> b.  Daniel Reid S Thomas[1]
> c.  Mike Klein
> d.  Sacramento County Tax Collector
> e.  City of Sacramento, Department of Utilities

6.  Claimant Legacy Ventures, LLC, through their managing member Roger Henley, filed a Verified Claim and Statement of Interest alleging an interest in the defendant property on February 21, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.  Claimant has retained the right to file an answer until this Final Judgment of Forfeiture has been entered.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimant Legacy Ventures, LLC and all other potential claimants who have not filed claims in this action.

///

---

[1] Daniel Reid Stuart Thomas and Michael Lewis Klein are alleged to be the owners, operators, officers, founders, and/or proprietors of Grass aka Sacramento Holistic Healing Center.  Neither Thomas nor Klein filed a claim asserting an ownership interest in the defendant property.

Final Judgment of Forfeiture

3.  Within ninety (90) days of the entry of this Final Judgment of Forfeiture, claimant Legacy Ventures, LLC, shall send a cashier's check for $12,720.00 made payable to the U.S. Marshals Service to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  All right, title, and interest in said funds shall be substituted for the defendant property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4.  Within thirty (30) days of full payment of the $12,720.00, the United States shall record a Notice of Withdrawal of Lis Pendens against the defendant property.

5.  If payment in full is not made within ninety (90) days of the entry of this Final Judgment of Forfeiture, claimant Legacy Ventures, LLC will be deemed to be in default and the U.S. Marshals Service shall be authorized to sell the defendant property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  Through the sale of the defendant property, the United States shall receive the net proceeds up to $12,720.00, less payments for costs of selling the property, cleanup, other expenses incurred, and any legitimate liens that exist on the defendant property.  Legacy Ventures, LLC shall receive all remaining amounts after the United States' interest, payment of costs of sale, legitimate liens, and costs incurred by the U.S. Marshals Service.[2]

///

///

///

---

[2]  In the event a default and subsequent sale of the defendant property by the U.S. Marshals Service, Federal law requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and to individual states (including past-due child support).  If an offset is made to the payment to be made to claimant pursuant to this stipulation, claimant will receive a notification from the Department of the Treasury at the last address claimant provided to the government agency or entity to whom the offset payment is made.  Claimant may contact the Treasury Department at 1-800-304-3107 to determine if this payment is subject to an offset.

Final Judgment of Forfeiture

6.  That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

7.  That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on January 12, 2012, the Court finds that there was reasonable cause for the posting of the defendant property, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.  All parties are to bear their own costs and attorneys' fees.

9.  The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:  May 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed January 12, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant property, and for the commencement and prosecution of this forfeiture action.

Final Judgment of Forfeiture